UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Max Snyder, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> Robert E. Estes, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:23-cv-00139-GMN-VCF <br><br> **ORDER** |

This case was filed in the unofficial Southern Division of the District of Nevada. Plaintiff Raymond Snyder's claims, however, concern state court proceedings in Elko County. (*See generally* Compl., ECF No. 2). Elko County is part of the unofficial Northern Division of the District of Nevada. (*See* D. Nev. Local R. IA 1-6). Generally, "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." (D. Nev. Local R. IA 1-8). Accordingly, this matter should have been filed in the Northern Division of the District of Nevada.

**IT IS HEREBY ORDERED** that the Clerk of Court is instructed to transfer this case to the Northern Division of the District of Nevada**.**

**DATED** this __3__ day of February, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Page 1 of 1